PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **James WILLIAMS** ) <br> ) | **Docket Number: 2:05CR00385-01** |

On February 3, 2003, the above-named was placed on Supervised Release for a period of 3 years, which commenced on February 17, 2006. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   February 26, 2008
         Roseville, California
         :ddw/cd

**REVIEWED BY:**         /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

Re:  James WILLIAMS
     Docket Number:  2:05CR00385-01
     **ORDER TERMINATING SUPERVISED RELEASE**
     **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_March 17, 2008_
**Date**

　　　　　　　　　　　　　　　　　　　　**LAWRENCE K. KARLTON**
　　　　　　　　　　　　　　　　　　　　**Senior United States District Judge**

Attachment:  Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:05CR00385-01 |
| ) | |
| James WILLIAMS ) | |
| ) | |

## LEGAL HISTORY:

On February 3, 2003, the above-named was placed on Supervised Release for a period of 3 years, which commenced on February 17, 2006. Special conditions included a requirement for warrantless search; financial disclosure, restrictions, and polygraph; compliance with IRS; substance abuse testing and treatment; DNA collection; and firearms restrictions. The releasee has an outstanding fine balance of $5,627,540.00, and has made regular monthly payments during this term of Supervised Release.

## SUMMARY OF COMPLIANCE:

James Williams has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that James Williams has derived maximum benefit from supervision and is not in need of continued supervision. The United States Attorney's Financial Litigation Unit will assume further collection efforts towards payment of the unpaid fine balance.

**Re:     James WILLIAMS
        Docket Number:   2:05CR00385-01
        RECOMMENDATION TERMINATING
        SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                                           Respectfully submitted,

                                           /s/ Dayna D. Ward

                                   **DAYNA D. WARD
                                   Senior United States Probation Officer**

Dated:          February 26, 2008
                Roseville, California
                :ddw/cd

**REVIEWED BY:**          **/s/ Richard A. Ertola**
                          **RICHARD A. ERTOLA
                          Supervising United States Probation Officer**

cc:     AUSA To be assigned (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)